

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2015

No. 04-15-00352-CV

**INT OF AMY, ET. AL.**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01855
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On June 22, 2015, court reporter Judy Mata filed a second motion for extension of time to file the reporter's record. Mata seeks an additional seven days to June 29, 2015. The request is **GRANTED**. *Absent extenuating circumstances, no further extensions will be granted*.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2015.

Keith E. Hottle
Clerk of Court